ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
The Cadata Corporation, Inc. ) ASBCA Nos. 61329, 61750
)
Under Contract No. W912BU-16-C-0016 *et al.* )

APPEARANCE FOR THE APPELLANT: Daniel S. Willard, Esq.
Daniel S. Willard, P.C.
Bethesda, MD

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Maria T. Guerin, Esq.
John A. Skarbek, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Philadelphia

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 5, 2018

*(signature)*

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61329, 61750, Appeals of The Cadata Corporation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals